JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KENNETH C. BYRNE, et.al.,<br><br>　　　　　Defendants. | Case No. CV 22-5465-AB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: January 5, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE